884

No. 25, Misc.  GICINTO v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied. *Homer A. Cope, Donald W. Browne* and *Walter A. Raymond* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 27, Misc.  HOPWOOD v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 134, Misc.  WISE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 46.  KUCZYNSKI v. BURKE, WARDEN, *ante,* p. 837;
No. 86.  COLORADO INTERSTATE GAS CO. v. FEDERAL POWER COMMISSION, *ante,* p. 818;
No. 106.  STAPLING MACHINES CO. v. STONE, CHAIRMAN, STATE TAX COMMISSION OF MISSISSIPPI, ET AL., *ante,* p. 802;
No. 188.  NICHOLS ET AL. v. LONG ISLAND LIGHTING CO. ET AL., *ante,* p. 827;
No. 26, Misc.  ARCHIE v. SHELL OIL CO., INC. ET AL., *ante,* p. 843;
No. 64, Misc.  WAGNER v. RAGEN, WARDEN, *ante,* p. 846; and
No. 90, Misc.  BARKEIJ v. LOCKHEED AIRCRAFT CORP., *ante,* p. 847.  Petitions for rehearing denied.